# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**PAUL BELTON**  **CASE NO. 1:19-CV-00133**

**VERSUS**  **JUDGE DRELL**

**THE GEO GROUP, INC.**  **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

On October 29, 2019, Plaintiff, Paul Belton filed his Motion to Extend the time period to allow him to submit the Proposed Plan of Work. The Proposed Plan of Work was due on or before April 2, 2019. Plaintiff has until on or before November 15, 2019, to submit the Proposed Plan of Work. Fed. R. Civ. Pr. 6(a), d; LR. 7.4.1.

SO ORDERED AND ADJUDGED, on this, the  30th day of    October    , 2019.

_____
UNITED STATES DISTRICT JUDGE