*Case Management Order No. 1*
*Page 3*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**PAUL BELTON**

**VERSUS**

**GEO GROUP INC**

### PROPOSED PLAN OF WORK

On [*insert date*], the following individuals participated in a meeting [*by telephone/other electronic means*] [*in person*] during which this Plan of Work was formulated: [*List all parties and their counsel, if any, **including e-mail addresses for trial attorneys***.]

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 8-31-2020 — Deadline for completion of discovery
2. 9-30-2020 — Final date for filing dispositive motions
3. 12-13-2019 — Final date for adding parties
4. 11-15-2019 — Final date for filing amended pleadings
5. 6-30-2020 — Final date for employing experts
6. 7-31-2020 — Final date for exchanging reports of experts
7. 8-31-2020 — Final date for taking depositions of experts
8. 12-15-2019 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

Revised 1/5/16

*Case Management Order No. 1*
*Page 4*

Plan of Work, [*Insert case name and Civil Action No.*]
Page 2

9. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: ☐ NONE; or _____

_____
_____
_____
_____
_____

### Part B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: ☐ NONE; or _____

_____
_____
_____
_____

[*Further explanation for any response may be entered on supplemental pages.*]

[**THE PLAN OF WORK MUST BE SIGNED IN ORIGINAL AND DATED BY ALL COUNSEL/UNREPRESENTED PARTIES**.]

Revised 1/5/16

*Case Management Order No. 1*
*Page 5*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

PAUL BELTON

VERSUS

GEO GROUP INC

### ORDER

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 201__,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____,201__, beginning at _____.M.

IT IS FURTHER ORDERED that the Clerk of Court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order-Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this _____ day of _____,201__, at Alexandria, Louisiana.

_____
FOR THE COURT

Revised 1/5/16