*Case Management Order No. 1*
*Page 3*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**PAUL BELTON**

**VERSUS**

**GEO GROUP INC**

## PROPOSED PLAN OF WORK

On [*insert date*], the following individuals participated in a meeting [*by telephone/other electronic means*] [*in person*] during which this Plan of Work was formulated: [*List all parties and their counsel, if any, **including e-mail addresses for trial attorneys**.*]

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 8-31-2020 — Deadline for completion of discovery
2. 9-30-2020 — Final date for filing dispositive motions
3. 12-13-2019 — Final date for adding parties
4. 11-15-2019 — Final date for filing amended pleadings
5. 6-30-2020 — Final date for employing experts
6. 7-31-2020 — Final date for exchanging reports of experts
7. 8-31-2020 — Final date for taking depositions of experts
8. 12-15-2019 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

_____
Aisha Sanders
Attorney for Paul Belton

_____
Russell L. Foster
Attorney for Defendant

Revised 1/5/16