**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **PAUL BELTON** | **CASE NO. 1:19-CV-00133** |
| **VERSUS** | **JUDGE DRELL** |
| **GEO GROUP INC** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
Status Conference

| | | | |
|---|---|---|---|
| Date: | February 11, 2020 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes | |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 10:40 a.m. | Court Reporter: | LCR |
| Statistical Time: | 00:40 | Courtroom: | 3rd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Haley Elizabeth Nix | For | Defendants |

**PROCEEDINGS**

**STATUS CONFERENCE on Plan of Work (rec. doc. No. 15)**

**Comments:**

Attorney Aisha Sanders failure to appear.