*Case Management Order No. 1*
*Page* **5**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**PAUL BELTON**                                                Case No. 1:19-cv 0133

**VERSUS**                                                     Judge Drell

**GEO GROUP INC**                                              Mag. Judge Perez-Montes

### ORDER

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

NONE

It appearing to the Court that the provisions of the Plan of Work will be satisfied on September, 2020, 201__,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on January 21, 2021 beginning at 2:15 P.M.

IT IS FURTHER ORDERED that the Clerk of Court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order-Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this 11th day of February, 2020, at Alexandria, Louisiana.

Joseph H. L. Perez-Montes
U. S. Magistrate Judge