UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**PAUL BELTON**  Case No. 1:19-cv-0133

**VERSUS**  Judge DRELL

**GEO GROUP INC**  Mag. Judge Perez-Montes

## PLAN OF WORK

On [*insert date*], the following individuals participated in a meeting [*by telephone/other electronic means*] [*in person*] during which this Plan of Work was formulated: [*List all parties and their counsel, if any, **including e-mail addresses for trial attorneys**.*]

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 8-31-2020 — Deadline for completion of discovery
2. 9-30-2020 — Final date for filing dispositive motions
3. 12-13-2019 — Final date for adding parties
4. 11-15-2019 — Final date for filing amended pleadings
5. 6-30-2020 — Final date for employing experts
6. 7-31-2020 — Final date for exchanging reports of experts
7. 8-31-2020 — Final date for taking depositions of experts
8. 12-15-2019 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

Revised 1/5/16

9.  Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: ☐ NONE; or _____

    _____
    _____
    _____
    _____
    _____

## Part B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: ☐ NONE; or _____

_____
_____
_____
_____

[*Further explanation for any response may be entered on supplemental pages.*]

[**_THE PLAN OF WORK MUST BE SIGNED IN ORIGINAL AND DATED BY ALL COUNSEL/UNREPRESENTED PARTIES_.**]

Revised 1/5/16